IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WANDA RING                                                                                               PLAINTIFF

vs.                                              4:07CV00704-WRW

JAMES E. TYLER, JR., et al                                                                   DEFENDANTS

## ORDER

The complaint herein was filed in this Court on August 16, 2007.  Service on the defendants has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 3rd day of January, 2008.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE


orddism.rl4.wpd